UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-MJ-1685-RN

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF ) <br> THE UNITED STATES OF AMERICA ) <br> FOR A SEIZURE WARRANT FOR: ) <br> BB&T BANK ACCOUNT ) <br> #0005102492457 ) | **ORDER TO UNSEAL** |

Upon motion of the Government, the seizure warrant Application and Affidavit in the above-captioned matter are hereby ORDERED unsealed. SO ORDERED.

Dated: August 13, 2015

_Robert T. Numbers II_
Robert T. Numbers, II
United States Magistrate Judge